IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAIMON T. DAILEY,

    Petitioner,

v.                                         3:13cv148-WS/EMT

MICHAEL CREWS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed April 22, 2014.  See Doc. 32.  The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be dismissed as untimely.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 32) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 27) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as untimely.

3. The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

4. A certificate of appealability shall not issue.

DONE AND ORDERED this __23rd__ day of __May__, 2014.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE